# Court of Appeals
# of the State of Georgia

ATLANTA,  March 19, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1346. GREGORY BRYAN COGGINS v. THE STATE.

In 2023, a jury convicted Gregory Bryan Coggins of family violence aggravated assault, family violence battery, and cruelty to children in the third degree. He was sentenced to twenty years to serve ten in prison. Coggins filed a pro se extraordinary motion to reduce sentence in November 2024.  The trial court denied his motion on December 20, 2024, and Coggins filed a notice of appeal on January 27, 2025. We, however, lack jurisdiction.

Pretermitting the issue of whether a direct appeal is authorized here, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Coggins's notice of appeal was filed 38 days after entry of the order he wishes to appeal and was thus untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/19/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*